IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-49,164-02





EX PARTE DERRICK FRAZIER







MOTION FOR STAY OF EXECUTION


IN CAUSE NO. 97-8-3675 FROM THE


24
TH DISTRICT COURT OF REFUGIO COUNTY





Per Curiam. Keller, P.J., Keasler and Hervey, JJ., dissent.


ORDER



 This is a Motion to Stay Execution accompanying a subsequent application for habeas
corpus filed pursuant to Texas Code of Criminal Procedure, Article 11.071, Section 5.

 Pending a review of the subsequent application for writ of habeas corpus, the stay of
the execution, scheduled for April 27, 2006, is GRANTED 

 IT IS SO ORDERED THIS THE 24th DAY OF APRIL, 2006.

Do Not Publish